United States District Court
Southern District of Texas
**ENTERED**
July 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONICA HARDAWAY and GLENN HARDAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE *in Trust for Registered Holders of Long Breach Mortgage Loan Trust 2006-WL1, Asset-Backed Certificates, Series 2006-WL1*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. H-18-1062 |

## ORDER STRIKING DOCUMENT

Plaintiffs Monica Hardaway and Glenn Hardaway's Motion for Extension of Time to Prepare for Hearing (Document No. 8) is deficient as checked.(L.R. refers to the Local Rules of this District.)

1. [ ] Document is not signed by the Plaintiff or an attorney representing the Plaintiff. [L.R.11.3]
2. [ ] Caption of the document is incomplete. [L.R.10.1]
3. [ ] No certificate of service nor explanation why service is not required. [L.R.5.4.]
4. [ X ] Motion does not comply with L.R.7.
   [X] No statement of conference with opposing counsel. [L.R.7.1.D(1)]
   [x] No separate proposed order attached. (L.R.7.1.C.)
5. [ ] Motion to consolidate does not comply with L.R.7.6.
6. [ ] Dispositive Motion filed after cut off date in Docket Control Order. Motion is stricken without prejudice to parties filing a motion for leave to file out of time and for modification of Docket Control Order.

Date: July 30, 2018

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE